No. 03–9763.  CHAPIN v. FERNALD, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–9764.  TRINIDAD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9766.  CATHRON v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9771.  LOLLAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9781.  BROWN v. WILLIAMS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 03–9782.  SCOTT v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 03–9785.  KALINOWSKI v. BOND ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–9789.  DUENAS v. GALAZA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9795.  JACKSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–9797.  SCOTT v. LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 03–9798.  SMITH v. BERRY.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 03–9801.  McQUEEN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 03–9806.  BELTON v. TURNER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–9810.  SUDDUTH, AKA MUHAMMAD v. STRASSBURGER ET AL.  C. A. 3d Cir.  Certiorari denied.